■ BONGIORNO CONSTRUCTION CO., INC., Appellant, v. ACE TEST BORING, INC., et al., Respondents.— In a negligence action by a home builder to recover damages resulting from an allegedly incorrect boring report, plaintiff appeals from an order of the Supreme Court, Kings County, entered June 21, 1965, which denied its motion to vacate the dismissal of the action because of plaintiff's failure to appear for trial and to restore the action to the Trial Term Calendar. Order reversed, without costs, and motion granted, on condition that plaintiff pay defendants $100 plus defendants' necessary disbursements on the appeal. In our opinion, under the circumstances of this case, it was an improvident exercise of discretion to determine the motion unconditionally against plaintiff. Ughetta, Acting P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

■ JACK EPSTEIN, Appellant, v. ANTHONY ANGELICA et al., Respondents.— In a negligence action to recover damages for personal injury, plaintiff appeals from an order of the Supreme Court, Kings County, entered March 31, 1965 upon reconsideration, which adhered to the original decision denying a general preference for the trial of the action. Order affirmed, without costs. In our opinion, plaintiff's proof was insufficient to show a causal connection between the accident and his alleged prolonged disability and substantial loss of earnings. Without such proof, Special Term properly exercised its discretion in denying the preference (see *Steitz* v. *Gifford,* 280 N. Y. 15, 20–21). Beldock, P. J., Christ, Hill and Rabin, JJ., concur; Benjamin, J., dissents and votes to modify the order so as to grant the preference.